■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BUA, Appellant. [849 NYS2d 870]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Westchester County (Adler, J.), imposed March 8, 2007, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Covello and Dickerson, JJ., concur.